## 11852. BUTTS *v.* THE STATE.

BROYLES, C. J. 1. Where, upon the trial of one charged with burglary, the evidence makes out a case of burglary including larceny from the house, the accused may be legally convicted of the last named offense. *Barlow* v. *State*, 77 *Ga.* 448; *Green* v. *State*, 119 *Ga.* 120 (45 S. E. 990); *Lockhart* v. *State*, 3 *Ga. App.* 480 (60 S. E. 215).

2. The alleged newly discovered evidence is largely cumulative and impeaching in its character and does not require a new trial of the case.

3. The verdict was amply· authorized by the evidence, and none of the special grounds of the motion for a new trial shows cause for a reversal of the judgment below.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

> DECIDED DECEMBER 15, 1920.

Indictment for burglary; from Jasper superior court — Judge Park. September 1, 1920.

*W. S. Florence,* for plaintiff in error.

*Doyle Campbell, solicitor-general,* contra.